294 U.S. 716
 55 S.Ct. 515
 79 L.Ed. 1249
 Joseph ZICCARDI, petitioner,
v.
TRAVELERS INSURANCE COMPANY and Lenox Operating Company.*
 No. 651.
 Supreme Court of the United States
 February 18, 1935
 
 Mr. Walter B. Grant, of Boston, Mass., for petitioner.
 
 
 1
 For opinion below, see Ziccardi's Case, 192 N. E. 29.
 
 
 2
 Petition for writ of certiorari to the Superior Court of Suffolk County, Commonwealth of Massachusetts denied.
 
 
 
 *
 Rehearing denied 294 U. S. 733, 55 S. Ct. 550, 79 L. Ed.